## Marino Estate.

Argued March 17, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.

*Edward Munce,* for appellant.

*Thomas J. Terputac,* for appellee.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed. Appellant to pay costs.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.